AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Andrey West | ) | Case No: 5:03cr45-001/MCR |
| | ) | USM No: 03256-017 |
| Date of Previous Judgment:   March 23, 2004 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____     Amended Offense Level: _____
Criminal History Category: _____     Criminal History Category: _____
Previous Guideline Range: _____ to _____ months     Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant is a career offender. At sentencing the court sentenced defendant based on §4B1.1 of the Sentencing Guidelines, not §2D1.1. Amendment 706 therefore does not apply, and defendant is not entitled to a sentence reduction under 18 U.S.C. § 3582(c)(2). See *United States v. Moore*, 541 F.3d 1323 (11th Cir. 2008).

All provisions of the judgment dated   March 23, 2004   shall remain in effect.
**IT IS SO ORDERED.**
Order Date:   4-8-09                                    _M. Casey Rodgers_
                                                                          Judge's signature

Effective Date: _____           M. Casey Rodgers, United States District Judge
        (if different from order date)                                    Printed name and title